Respondents, Appellants.— Motion for reargument granted, and case set down for Thursday, October 10, 1918. Present — Jenks, P. J., Thomas, Rich, Blackmar and Jaycox, JJ.

J. ALBERT GAUSMAN, Respondent, v. PAUL W. F. LINDNER, Appellant. — Motions denied, without costs. It appears that the order of affirmance does not contain the additional findings made by this court, and it should be amended. Present — Jenks, P. J., Thomas, Rich, Blackmar and Kelly, JJ. (See 185 App. Div. 893.)

VILLAGE OF HEMPSTEAD, Respondent, v. PHILIP MAIER, Appellant.— Motion for reargument granted, and case set down for Thursday, October 10, 1918. Present — Jenks, P. J., Thomas, Rich, Blackmar and Jaycox, JJ.

HENRY STEERS SAND AND GRAVEL COMPANY, INC., Respondent, v. THE VILLAGE OF LONG BEACH and Others, Defendants; PHILIP SUGERMAN and Others, Copartners, etc., Appellants. CULLEN CONTRACTING COMPANY, INC., Respondent, v. THE VILLAGE OF LONG BEACH and Others, Defendants; PHILIP SUGERMAN and Others, Copartners, etc., Appellants.— Motions denied, without costs. Present — Jenks, P. J., Putnam, Kelly and Jaycox, JJ.; Thomas, J., not voting.

In the Matter of the Last Will and Testament of JOHN H. ENGLEBIRT, etc., Deceased. LOUIS R. WARREN, Appellant.— Motion granted, without costs, in so far as to direct that the decree of the surrogate be amended as follows: *First*, by amending the title so as to conform to the title of the petition here. *Second*, by reciting that the proceeding is instituted for the probate of the last will and testament of John H. Englebirt, deceased. *Third*, by decreeing that said will be admitted to probate; and in all other respects denied. Present — Jenks, P. J., Thomas, Rich, Blackmar and Jaycox, JJ. Order to be settled before Mr. Justice Jaycox.

In the Matter of Proving the Last Will and Testament of JOHN H. ENGLEBIRT, etc., Deceased. LOUIS R. WARREN, Appellant.— Motion denied. Present — Jenks, P. J., Thomas, Rich, Blackmar and Jaycox, JJ.

In the Matter of JOSEPH FRIED, an Attorney.— Matter referred to the Hon. Garret J. Garretson, official referee, to take testimony and report the same to the court, with his opinion. Present — Jenks, P. J., Mills, Blackmar, Kelly and Jaycox, JJ.

In the Matter of HUGH F. KENNA, an Attorney.— Matter referred to the Hon. William D. Dickey, official referee, to take testimony and report the same to the court, with his opinion. Present — Jenks, P. J., Mills, Blackmar, Kelly and Jaycox, JJ.

In the Matter of WILLIAM MEHL, an Attorney.— Application to revoke the order admitting respondent to the bar granted, and the order is accordingly annulled and vacated. The respondent's attempted explanation of the misstatements in his application are not satisfactory. The facts showing his other employment and which were suppressed in his affidavit show that he was not properly qualified to apply for admission to the bar. Present — Jenks, P. J., Mills, Blackmar, Kelly and Jaycox, JJ.

In the Matter of the Voluntary Judicial Settlement of the Account of Proceedings of CHARLES H. ENOS, as Administrator of J. ROLAND ENOS,

Deceased.— Motion for reargument or for leave to appeal to the Court of Appeals denied, without costs. Present — Jenks, P. J.; Thomas, Putnam, Kelly and Jaycox, JJ.

In the Matter of the Voluntary Judicial Settlement of the Account of Proceedings of CHARLES H. ENOS, as Administrator of J. ROLAND ENOS, Deceased.— Motion to resettle order of affirmance denied, without costs, and without prejudice to such right of set-off, if any, as the administrator may have. Present — Jenks, P. J., Thomas, Putnam, Kelly and Jaycox, JJ.

LEONORA KNOBLOCK, Respondent, v. EDWARD F. STRINGER and Another, Appellants.— Motion denied. Present — Jenks, P. J., Thomas, Putnam, Kelly and Jaycox, JJ.

FRANK NORDONE, Respondent, v. F. C. AUSTIN DRAINAGE EXCAVATOR COMPANY, Appellant.— Reargument ordered, limited to the recovery of $376.40, and case set down for Thursday, October 10, 1918. Present — Jenks, P. J., Thomas, Rich, Blackmar and Jaycox, JJ.

THE PEOPLES TRUST COMPANY, as Guardian, etc., Respondent, v. ELIZABETH JOHNSON and Others, Defendants. JAMES T. TAYLOR, Purchaser, Appellant.— Motion granted, without costs. Present — Jenks, P. J., Thomas, Rich, Blackmar and Jaycox, JJ.

THE PEOPLES TRUST COMPANY, as Guardian, etc., Respondent, v. ELIZABETH JOHNSON and Others, Defendants. JAMES T. TAYLOR, Purchaser, Appellant.— Motion denied, without costs. Present — Jenks, P. J., Thomas, Rich, Blackmar and Jaycox, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. PATRICK J. COONEY, Appellant.— Motion granted. Present — Jenks, P. J., Thomas, Rich, Blackmar and Jaycox, JJ.

GEORGE E. STILL, Respondent, v. HARRIET I. STILL, Appellant, Impleaded with Another.— Motion denied. The additional hearing required may be had at any Special Term. Present — Jenks, P. J., Thomas, Putnam and Kelly, JJ.; Jaycox, J., not voting.

MORTIMER WEINBERG, Appellant, v. JOHN P. MALLON and Others, Respondents.— Motion denied. Present — Jenks, P. J., Thomas, Rich, Blackmar and Jaycox, JJ.

JAMES F. CORCORAN, Respondent, v. THE NEW YORK CENTRAL RAILROAD COMPANY, Appellant.— There is no sufficient evidence of rental damage, and the judgment in that regard is reversed, as well as findings to the effect that hard coal could be used in the locomotives with little increased expense, but the judgment for the injunction, avoidable upon the terms decreed, is affirmed, without costs of the appeal, on authority of Cogswell v. N. Y., N. H. & H. R. R. Co. (103 N. Y. 10); Baltimore & Potomac R. R. Co. v. Fifth Baptist Church (108 U. S. 317); Richards v. Washington Terminal Co. (233 id. 546), and it should be noted that there is absent evidence of the temporary use of hard coal on standing or outgoing locomotives, found to have been used by the defendant in Hearst v. N. Y. C. & H. R. R. R. Co. (215 N. Y. 268). Jenks, P. J., Thomas, Mills, Putnam and Blackmar, JJ., concurred.

ANGELO DEKURTIS, an Infant, by THOMAS DEKURTIS, His Guardian ad